```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 04230
    STEPHEN W WEAVER
    LISA M WEAVER                           CHAPTER 13

                                            JUDGE: BRUCE W BLACK
        Debtor
    SSN XXX-XX-0920    SSN XXX-XX-9786
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 03/09/07 and confirmed on 06/27/07.

2. The case was dismissed after confirmation, 01/16/2009.

3. The Debtor paid a total of $ 4406.65 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GATEWAY FINANCIAL | SECURED VEHIC | 3000.00 | 227.72 | 1476.84 |
| GREENWICH FINANCE | SECURED VEHIC | 1500.00 | 113.89 | 738.30 |
| ADVENTIST HEALTH SYSTEM | UNSECURED | NOT FILED | .00 | .00 |
| ARCO ADVANCE | UNSECURED | NOT FILED | .00 | .00 |
| AIP | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF JOLIET | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | 936.88 | .00 | .00 |
| FIRST BANK OF DELAWARE | UNSECURED | NOT FILED | .00 | .00 |
| CORTRUST BANK | UNSECURED | 238.00 | .00 | .00 |
| COMPUTER CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE RADIOLOGISTS | UNSECURED | NOT FILED | .00 | .00 |
| EDWARD HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| EMERGENCY HEALTHCARE PHY | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 415.19 | .00 | .00 |
| FOCUS RECEIVABLE MGMT | UNSECURED | NOT FILED | .00 | .00 |
| FIRST NATIONAL CREDIT CA | UNSECURED | NOT FILED | .00 | .00 |
| GENESIS FINANCIAL SOLUTI | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 614.58 | .00 | .00 |
| ILLINOIS AMERICAN WATER | UNSECURED | NOT FILED | .00 | .00 |
| MCI COMMUNICATIONS | UNSECURED | NOT FILED | .00 | .00 |
| **CREDITOR NAME** | **CLASS** | **CLAIM AMOUNT** | **INTEREST PAID** | **PRINCIPAL PAID** |
| LOAN SHOP | UNSECURED | NOT FILED | .00 | .00 |
| NAPERVILLE RADIOLOGISTS | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 1365.64 | .00 | .00 |
| ORCHARD BANK | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 96.68 | .00 | .00 |
| ROUTE 66 FUNDING | UNSECURED | NOT FILED | .00 | .00 |
| FBCS INC | UNSECURED | NOT FILED | .00 | .00 |

```
IL DEPT OF EMPLOYMENT SE  UNSECURED       1420.00             .00            .00
PLAINS COMMERCE BANK      UNSECURED        330.07             .00            .00
ILLINOIS DEPT REVENUE     PRIORITY         380.78             .00            .00
ILLINOIS DEPT REVENUE     UNSECURED         14.80             .00            .00
GATEWAY FINANCIAL         UNSECURED       6713.57             .00            .00
GREENWICH FINANCE         UNSECURED       3517.30             .00            .00
ZALUTSKY & PINSKI         REIMBURSEMENT    374.00             .00         374.00
IL DEPT OF EMPLOYMENT SE  UNSECURED       3196.00             .00            .00
       Summary of disbursements:
------------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED       OTHER        TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  4500.00       754.78     18858.71         .00     24113.49
PRINCIPAL PAID      2215.14       374.00          .00         .00      2589.14
INTEREST PAID        341.61           .00         .00         .00       341.61
TOTAL PAID          2556.75       374.00          .00         .00      2930.75
```

The Debtor's attorney, ZALUTSKY & PINSKI            , was allowed $   2500.00 and was paid $   1279.35 .

The Trustee received $     196.55 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 03/11/09                /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE




                          PAGE   2
       CASE NO. 07 B 04230 STEPHEN W WEAVER & LISA M WEAVER